PS 157 LOFTS, LLC, Respondent, v KIMBERLY AUSTIN et al., Appellants.

Submitted April 25, 2016; decided June 9, 2016

On the Court's own motion, appeal transferred, without costs, to the Appellate Term, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion to dismiss appeal denied.

JOSEPH T. STEARNS, Appellant, v KENNY & STEARNS et al., Respondents.

Submitted April 25, 2016; decided June 9, 2016

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]; 2103 [b] [2]).

In the Matter of SUIT-KOTE CORPORATION, Appellant, v PETER M. RIVERA, as New York State Commissioner of Labor, Respondent.

Submitted April 11, 2016; decided June 9, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.